IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) C.A. No. 23-cv-1237-GBW |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| HP, INC., | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF HP INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HP Inc. ("HP") hereby submits its Corporate Disclosure Statement and states that it is a publicly held corporation, that it has no parent corporation, and that Berkshire Hathaway Inc. owns more than ten percent of HP's stock.

Dated: December 11, 2023

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ John V. Gorman*
John V. Gorman (#6599)
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendant/Counterclaim Plaintiff HP Inc.*