# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>             Plaintiff,<br>   v.<br><br>HP, INC.,<br><br>             Defendant. | C.A. No. 23-cv-1237-GBW |

## STIPULATION EXTENDING DEADLINE

The parties, subject to the Court's approval, hereby agree that the deadline for Plaintiff Nokia Technologies Oy to respond to Defendant/Counterclaim Plaintiff HP Inc.'s Original Answer to Plaintiff's Original Complaint, and Original Counterclaims (D.I. 11) is extended to February 1, 2024.

Dated: December 14, 2023

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ John V. Gorman
John V. Gorman (#6599)
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendant HP Inc.*

IT IS SO ORDERED this _____ day of December, 2023.

_____
The Honorable Gregory B. Williams