IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA CORPORATION, AND<br>NOKIA TECHNOLOGIES OY,<br><br>   Plaintiffs,<br> v.<br><br>AMAZON.COM, INC., AND<br>AMAZON.COM SERVICES, LLC,<br><br>   Defendants. | C.A. No. 23-cv-1232-GBW |
| NOKIA TECHNOLOGIES OY,<br><br>   Plaintiff,<br> v.<br><br>AMAZON.COM, INC.,<br>AMAZON.COM SERVICES LLC, AND<br>TWITCH INTERACTIVE, INC.,<br><br>   Defendants. | C.A. No. 23-cv-1236-GBW |
| NOKIA TECHNOLOGIES OY,<br><br>   Plaintiff,<br> v.<br><br>HP, INC.,<br><br>   Defendant. | C.A. No. 23-cv-1237-GBW |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Stephen R. Lareau of Alston & Bird LLP to represent Plaintiffs Nokia Corporation and Nokia Technologies Oy in these matters.

Dated:  January 24, 2024                                Respectfully submitted,

                                                                         FARNAN LLP

                                                                         /s/ Brian E. Farnan
                                                                         Brian E. Farnan (Bar No. 4089)
                                                                         919 N. Market Street, 12th Floor
                                                                         Wilmington, Delaware 19801
                                                                         (302) 777-0300
                                                                         (302) 777-0301
                                                                         bfarnan@farnanlaw.com

                                                                         *Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date: _____                    _____
                                                             United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid __ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted X to the Clerk's Office upon the filing of this motion.

Date:  January 24, 2024

Stephen R. Lareau
ALSTON & BIRD LLP
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Tel.: (214) 922-3400
stephen.lareau@alston.com