**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| **NOKIA TECHNOLOGIES OY,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**HP, INC.,**<br><br>　　　　　**Defendant.** | Civil Action No. 23-cv-1237-GBW |

**PLAINTIFF NOKIA TECHNOLOGIES OY'S MOTION TO DISMISS
DEFENDANT/COUNTERCLAIMANT HP, INC.'S COUNTERCLAIMS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Nokia Technologies Oy moves this Court for an Order (i) dismissing Count II with prejudice because the ITU policies do not prohibit a party from seeking injunctive relief; (b) dismissing Counts I and III-VII without prejudice because HP did not meet its burden to plead essentiality in any of its claims, and failed to identify a relevant product market and excluded competing technologies in connection with Count IV. The grounds for this Motion are set forth in the contemporaneously filed Opening Brief in support.

|  |  |
|---|---|
| Dated: February 1, 2024 | Respectfully submitted,<br><br>*/s/ Michael J. Farnan*<br>**FARNAN LLP**<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St. 12th Floor<br>Wilmington DE 19801<br>Tel.: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>**MCKOOL SMITH, P.C.**<br><br>Warren H. Lipschitz*<br>Alexandra F. Easley* |

300 Crescent Ct. Ste. 1200
Dallas, TX 75224
Tel.: (214) 978-4000
wlipschitz@mckoolsmith.com
aeasley@mckoolsmith.com

R. Mitch Verboncoeur*
303 Colorado St Suite 2100
Austin, TX 78701
Tel.: (512) 692-8700
mverboncoeur@mckoolsmith.com

Josh Newcomer*
600 Travis St., Suite 7000
Houston, Texas 77002
Tel.: (713) 485-7300
jnewcomer@mckoolsmith.com

Kevin Burgess*
104 East Houston St., Suite 300
Marshall, Texas 75670
Tel.: (903) 923-9000
kburgess@mckoolsmith.com

**ALSTON & BIRD LLP**

Theodore Stevenson, III*
2200 Ross Ave. #2300
Dallas, TX 75201
Tel.: (214) 922-3400
ted.stevenson@alston.com

John D. Haynes*
Nicholas T. Tsui*
Shawn Gannon*
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
john.haynes@alston.com
nick.tsui@alston.com
shawn.gannon@alston.com

**\*Rule 83.5 motions for pro hac vice admission forthcoming**

2