IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>       Plaintiff,<br>v.<br><br>HP, INC.,<br><br>       Defendant. | C.A. No. 23-cv-1237-GBW |

## STIPULATION AND ORDER TO EXTEND TIME

The parties, subject to the Court's approval, hereby agree that the deadline for Plaintiff Nokia Technologies Oy to file a reply in support of its Motion to Dismiss Defendant/Counterclaimant HP, Inc.'s Counterclaims (D.I. 18) is extended to February 29, 2024.

Dated: February 21, 2024

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ John V. Gorman
John V. Gorman (#6599)
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendant HP Inc.*

IT IS SO ORDERED this _____ day of February, 2024.

_____
The Honorable Gregory B. Williams