# Morgan Lewis

**John V. Gorman**
Partner
+1.302.574.7297
john.gorman@morganlewis.com

March 6, 2024

**BY CM/ECF**

The Honorable Gregory B. Williams
U.S. District Court Judge
U.S. District Court for Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801

Re:     Nokia Technologies Oy v. HP, Inc.
        Civil Action No. 23-1237-GBW

Dear Judge Williams:

Pursuant to D.Del. LR 7.1.4, Defendant HP, Inc. respectfully requests oral argument on Plaintiff Nokia Technologies Oy's Motion To Dismiss Defendant/Counterclaimant HP, Inc.'s Counterclaims (D.I. 18).

Briefing on the motion is complete, and the parties' submissions may be found at docket items 18, 19, 20, and 22.

Respectfully submitted,

*/s/ John V. Gorman*

John V. Gorman (#6599)

JVG/lmg


cc:     Counsel of Record (By CM/ECF)


**Morgan, Lewis & Bockius LLP**

1201 N. Market Street
Suite 2201
Wilmington, DE  19801        ☎ +1.302.574.3000
United States               🖷 +1.302.574.3001