IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NOKIA TECHNOLOGIES OY,

                Plaintiff,

v.

HP, INC.,

                Defendant.

C.A. No. 23-1237-GBW

## ORDER

At Wilmington this 29th day of April, 2024, consistent with the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED-IN-PART** and **DENIED-IN-PART**. Plaintiff's Motion to Dismiss Counts I, II, III, V, VI, and VII of the Counterclaims is **DENIED**. Plaintiff's Motion to Dismiss Count IV of the Counterclaims is **GRANTED**. Count IV of the Counterclaims is **DISMISSED WITHOUT PREJUDICE.**

                                                        GREGORY B. WILLIAMS
                                                   UNITED STATES DISTRICT JUDGE