IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>                Plaintiff,<br>v.<br><br>HP, INC.,<br><br>                Defendant. | C.A. No. 23-cv-1237-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 24, 2024, a copy of Plaintiff's Disclosures Pursuant to Paragraph 3 of the Delaware Default Standard for Discovery was served on the following as indicated:

Via E-Mail
John V. Gorman
Amy M. Dudash
MORGAN, LEWIS & BOCKIUS LLP
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Attorneys for Defendant HP, Inc.*

Via E-Mail
Brent A. Hawkins
David Levy
MORGAN, LEWIS & BOCKIUS LLP
brent.hawkins@morganlewis.com
david.levy@morganlewis.com

Kevin J. Post
ROPES & GRAY LLP
kevin.post@ropesgray.com

*Attorneys for Attorneys for Defendant HP, Inc.*

Dated: July 24, 2024

Respectfully submitted,

**FARNAN LLP**

*/s/ Brian E Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St. 12th Floor
Wilmington DE 19801
Tel.: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

**MCKOOL SMITH, P.C.**

Warren H. Lipschitz (admitted *pro hac vice*)
Alexandra F. Easley (admitted *pro hac vice*)
300 Crescent Ct. Ste. 1200
Dallas, TX 75224
Tel.: (214) 978-4000
wlipschitz@mckoolsmith.com
aeasley@mckoolsmith.com

R. Mitch Verboncoeur (admitted *pro hac vice*)
303 Colorado St Suite 2100
Austin, TX 78701
Tel.: (512) 692-8700
mverboncoeur@mckoolsmith.com

Josh Newcomer (admitted *pro hac vice*)
600 Travis St., Suite 7000
Houston, Texas 77002
Tel.: (713) 485-7300
jnewcomer@mckoolsmith.com

Kevin Burgess (admitted *pro hac vice*)
104 East Houston St., Suite 300
Marshall, Texas 75670
Tel.: (903) 923-9000
kburgess@mckoolsmith.com

**ALSTON & BIRD LLP**

Theodore Stevenson, III (admitted *pro hac vice*)
2200 Ross Ave. #2300
Dallas, TX 75201
Tel.: (214) 922-3400
ted.stevenson@alston.com

John D. Haynes (admitted *pro hac vice*)
Nicholas T. Tsui (admitted *pro hac vice*)
Mark A. McCarty (admitted *pro hac vice*)
Bryan W. Lutz (admitted *pro hac vice*)
Shawn Gannon (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
john.haynes@alston.com

nick.tsui@alston.com
mark.mccarty@alston.com
bryan.lutz@alston.com
shawn.gannon@alston.com

*Attorneys for Plaintiff*