# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>HP INC.,<br><br>    Defendant / Counterclaim Plaintiff. | Civil Action No. 23-cv-1237-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 24, 2024, *Defendant/Counterclaim Plaintiff HP Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the Court's Default Standard for Discovery* were served on the counsel listed below by electronic mail:

FARNAN LLP
Brian E. Farnan
Michael J. Farnan
919 N. Market St. 12th Floor
Wilmington DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

MCKOOL SMITH, P.C.
Warren H. Lipschitz
Alexandra F. Easley
300 Crescent Ct., Ste. 1200
Dallas, TX 75224
wlipschitz@mckoolsmith.com
aeasley@mckoolsmith.com
R. Mitch Verboncoeur
303 Colorado St., Suite 2100
Austin, TX 78701
mverboncoeur@mckoolsmith.com
Josh Newcomer
600 Travis St., Suite 7000
Houston, Texas 77002
jnewcomer@mckoolsmith.com

ALSTON & BIRD LLP
Theodore Stevenson, III
2200 Ross Ave. #2300
Dallas, TX 75201
ted.stevenson@alston.com

John D. Haynes
Nicholas T. Tsui
Mark A. McCarty
Bryan W. Lutz
Shawn Gannon
1201 West Peachtree Street
Atlanta, GA 30309
john.haynes@alston.com
nick.tsui@alston.com
mark.mccarty@alston.com
bryan.lutz@alston.com
shawn.gannon@alston.com

-2-

Kevin Burgess
104 East Houston St., Suite 300
Marshall, Texas 75670
kburgess@mckoolsmith.com


Dated: July 24, 2024

By:   */s/ John V. Gorman*
    John V. Gorman (DE Bar No. 6599)
    Amy M. Dudash (DE Bar No. 5741)
    MORGAN, LEWIS & BOCKIUS LLP
    1201 N. Market Street, Suite 2201
    Wilmington, DE 19801
    Telephone: 302.574.3000
    john.gorman@morganlewis.com
    amy.dudash@morganlewis.com

    Brent A. Hawkins (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower, 28th Floor
    San Francisco, CA 94105-1596
    brent.hawkins@morganlewis.com
    Telephone: 415.442.1449

    David Levy (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    1000 Louisiana St., Suite 4000
    Houston, TX 77002-5006
    david.levy@morganlewis.com
    Telephone: 713.890.5170

    Kevin J. Post (*pro hac vice*)
    ROPES & GRAY LLP
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Telephone: 212.596.9000
    kevin.post@ropesgray.com

 

Matthew J. Rizzolo (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
Telephone: 202.508.4735
matthew.rizzolo@ropesgray.com

*Attorneys for Defendant/Counterclaim Plaintiff HP Inc.*