## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY, ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> HP, INC., ) <br> ) <br> Defendant/Counterclaim Plaintiff. ) | C.A. No. 23-cv-1237-GBW <br><br> **JURY TRIAL DEMANDED** |

## **AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF HP INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HP Inc. ("HP") hereby states that it is a publicly held corporation, that it has no parent corporation, and that The Vanguard Group and BlackRock Inc. own more than ten percent of HP's stock.

Dated: August 15, 2023  Respectfully submitted,

  MORGAN, LEWIS & BOCKIUS LLP

  */s/ John V. Gorman*
  John V. Gorman (#6599)
  Amy M. Dudash (#5741)
  1201 N. Market Street, Suite 2201
  Wilmington, DE 19801
  Telephone: (302) 574-3000
  john.gorman@morganlewis.com
  amy.dudash@morganlewis.com

  *Attorneys for Defendant/Counterclaim Plaintiff HP Inc.*