

August 22, 2024

**VIA E-FILING**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

    Re:    *Nokia Technologies Oy v. HP, Inc.*
                <u>C.A. No. 23-cv-1237-GBW</u>

Dear Judge Williams:

    Pursuant to the Court's Oral Order (D.I. 48), the parties write to inform the Court that they agree to waive any potential conflict relating to His Honor's 401(k) plan with Vanguard.

    We are available at the Court's convenience should Your Honor have any questions.

                                        Respectfully submitted,

                                        /s/ Michael J. Farnan

                                        Michael J. Farnan

cc: Counsel of Record (Via E-Filing)