# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOKIA TECHNOLOGIES OY,<br><br>        Plaintiff,<br>v.<br><br>HP, INC.,<br><br>        Defendant. | C.A. No. 23-cv-1237-GBW |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate and agree, through their undersigned counsel, that all claims and counterclaims between the parties in this action are hereby dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Dated: November 8, 2024

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

/s/ John V. Gorman
John V. Gorman (#6599)
Amy M. Dudash (#5741)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
john.gorman@morganlewis.com
amy.dudash@morganlewis.com

*Attorneys for Defendant*

IT IS SO ORDERED this 12th day of November, 2024.

_____
The Honorable Gregory B. Williams